# United States District Court for the Northern District of Illinois

Case Number: **08-50178**  Assigned/IssuedBy: **Pb**

## FEE INFORMATION

**Amount Due:**
- [x] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____

*(For use by Fiscal Department Only)*
0752 0000000000303245

Amount Paid: **350.00**
Receipt #: _____

Date Paid: **8/19/08**
Fiscal Clerk: **Pb**

FILED
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

1 Original and **0** copies on **8/19/08** (Date) as to **Defendant**

C:\wpwin80\docket\feeinfo.frm   01/01